**SODW**
JENNIFER MULLIN HIGGINS, ESQ.
Nevada Bar No. 007107
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
jamullin@travelers.com

Attorney for Plaintiff,
**THE PHOENIX INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona Company, DOES 1-100, individuals; and ROES 1-100 companies,<br><br>Defendants. | **CASE NO.: 2:21-CV-00373-GMN-NJK** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF

IT IS HEREBY STIPULATED by and between Plaintiff, THE PHOENIX INSURANCE COMPANY, by and through their attorney, JENNIFER MULLIN HIGGINS, ESQ., of RAY LEGO & ASSOCIATES, and Defendant, IRONSHORE SPECIALTY INSURANCE COMPANY, by and through their attorney, JEREMY R. KILBER, ESQ., of WEIL & DRAGE, APC, that this matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

Dated: this 4th day of May, 2021                               Dated: this 4th day of May, 2021

**WEIL & DRAGE, APC**                                                **RAY LEGO & ASSOCIATES**

*/s/ Jeremy R. Kilber*                                                    */s/ Jennifer Mullin Higgins*

_____       _____
JEREMY R. KILBER, ESQ., #10643             JENNIFER MULLIN HIGGINS, ESQ., #7107
861 Coronado Center Drive, Suite 231       7450 Arroyo Crossing Parkway, Suite 250
Henderson, NV 89052                                    Las Vegas, NV  89113
Attorney for Defendant, **IRONSHORE SPECIALTY INSURANCE COMPANY**         Attorneys for Plaintiff, **THE PHOENIX INSURANCE COMPANY**

**ORDER**

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made that there is no trial date presently set for this matter; it is hereby

ORDERED, ADJUDGED AND DECREED that the Complaint for the claims of Plaintiff, THE PHOENIX INSURANCE COMPANY, filed in the above-entitled case be hereby dismissed with prejudice, each party to bear its own costs and fees.

IT IS HEREBY ORDERED this __4__ day of May, 2021

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully submitted,

RAY LEGO & ASSOCIATES

*/s/ Jennifer Mullin Higgins*
_____
JENNIFER MULLIN HIGGINS, ESQ., #007107
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Attorney for Plaintiff, **THE PHOENIX INSURANCE COMPANY**

2

| | |
|---|---|
| 1 | **CONSENT** |
| 2 | [External] RE: Phoenix Insurance Co v. Ironshore - Proposed SAO to Dismiss |
| 3 | Jeremy Kilber jkilber@weildrage.com |
| 4 | Jennifer, |
| 5-6 | The only comment we have is that there is an extra "that" in the sentence on page 1, line 21.  Aside from that "that," we are good with the stipulation and you may attach my electronic signature for filing. |
| 7 | Thank you, |
| 8 | Jeremy |
| 9-12 | **Jeremy R. Kilber, Esq.**<br>**Partner**<br>**W&D**<br>Office: (702) 314-1905<br>Mobile: (702) 326-2399<br>jkilber@weildrage.com |
| 13-16 | **From:** Mullin Higgins, Jennifer A <JAMULLIN@travelers.com><br>**Sent:** Tuesday, May 4, 2021 11:01 AM<br>**To:** Jeremy Kilber <jkilber@weildrage.com>; Sheila McDonald <smcdonald@weildrage.com><br>**Cc:** Berry, Nancy L <NBERRY@travelers.com><br>**Subject:** FW: Phoenix Insurance Co v. Ironshore - Proposed SAO to Dismiss |
| 17 | **\*\*CAUTION: This email originated from outside of the organization.\*\*** |
| 18 | Hi Jeremy and Sheila – I am following up on the below.  Please let me know if you are okay with the proposed SAO for Dismissal. |
| 19 | |
| 20 | Thanks<br>Jennifer |
| 21-27 | Jennifer Mullin Higgins<br>Attorney at Law<br>Ray Lego & Associates<br>7450 Arroyo Crossing Parkway, Suite 250<br>Las Vegas, Nevada 89113<br>Cell Phone:  702-813-5566<br>Office Phone:  702-479-4350<br>Direct Line:  702-479-4363<br>Fax:  702-270-4602<br>jamullin@travelers.com<br>Effective 5/7/18 – our mailing address has changed.<br>Please address all correspondence sent by mail to **P.O. Box 64093, St. Paul, MN  55164-0093**.<br>Please take a moment to update your records to reflect our new mailing address in your system.<br>Thank you. |
| 28 | |

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602